```
 1  JASON A. WEISS (BAR NO. 185268)
    CHARLENE J. WILSON (BAR NO. 222497)
 2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
 3  1900 Main Street, Fifth Floor
    Irvine, California 92614-7321
 4  Phone: (949) 553-1313
    Fax: (949) 553-8354
 5  E-Mail: jweiss@allenmatkins.com
            cwilson@allenmatkins.com
 6
    Attorneys for Defendant
 7  SAPIENT CORPORATION
```

FILED
2008 JUN 12 PM 12:06
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNK _____ DEPUTY

Via Fax

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MIGLIOZZI, <br><br> Plaintiff, <br><br> vs. <br><br> SAPIENT CORPORATION; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. **'08 CV 1045 IEG CAB** <br><br> **CERTIFICATION AS TO INTERESTED PARTIES** <br><br> Complaint Filed: April 21, 2008 <br> Trial Date: None Set |

The undersigned, counsel of record for Defendant Sapient Corporation, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Sapient Corporation            Defendant
- Richard Migliozzi              Plaintiff

Dated: June __11__, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Jason A. Weiss
JASON A. WEISS
Attorneys for Defendant
SAPIENT CORPORATION

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

847722.01/OC

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On June 12, 2008, I served on interested parties in said action the within:

**CERTIFICATION AS TO INTERESTED PARTIES**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Brian C. Gonzalez, Esq.
Law Offices of Brian C. Gonzalez
2533 S. Coast Highway 101, Suite 250
Cardiff by the Sea, California 92007

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 12, 2008, at Irvine, California.

_____        _____
        Stephanie S. Pattis                        (Signature)
       (Type or print name)