Via Fax

JASON A. WEISS (BAR NO. 185268)
CHARLENE J. WILSON (BAR NO. 222497)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: jweiss@allenmatkins.com
        cwilson@allenmatkins.com

Attorneys for Defendant
SAPIENT CORPORATION

FILED
2008 JUN 12 PM 12: 06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____YNH____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MIGLIOZZI,<br><br>Plaintiff,<br><br>vs.<br><br>SAPIENT CORPORATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. **08 CV 1045 IEG CAB**<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: April 21, 2008<br>Trial Date: None Set |

Stephanie S. Pattis certifies and declares as follows:

My business address is Allen Matkins Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, which is located in the city, county and state where the mailing described below took place.

On June 12, 2008, I deposited in the United States Mail at Irvine, California, a copy of the Notice to Superior Court and Adverse Party of Removal to Federal Court dated June 12, 2008, a copy of which (without exhibits) is attached to this Certificate as Exhibit "A."

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Stephanie S. Pattis
STEPHANIE S. PATTIS

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

847723.01/OC

CF

Case 3:08-cv-01045-IEG-CAB  Document 3  Filed 06/12/2008  Page 2 of 5

Via Fax

1  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
2  JASON A. WEISS (BAR NO. 185268)
   CHARLENE J. WILSON (BAR NO. 222497)
3  1900 Main Street, Fifth Floor
   Irvine, California 92614-7321
4  Phone: (949) 553-1313
   Fax: (949) 553-8354
5  E-Mail: jweiss@allenmatkins.com
             cwilson@allenmatkins.com
6
   Attorneys for Defendant
7  SAPIENT CORPORATION

8              SUPERIOR COURT OF CALIFORNIA

9                  COUNTY OF SAN DIEGO

10                   CENTRAL DIVISION

11 RICHARD MIGLIOZZI,                  Case No. 37-2008-82353-CU-DF-CTL

12          Plaintiff,                 **NOTICE TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

13     vs.

14 SAPIENT CORPORATION; and DOES 1
   through 50, inclusive,
15                                     Complaint Filed: April 21, 2008
            Defendants.                Trial Date:      None Set

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

847724.01/OC   NOTICE TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO
                                    FEDERAL COURT

**TO THE CLERK OF THE COURT AND TO PLAINTIFF RICHARD MIGLIOZZI AND HIS ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** a Notice of Removal of Action was filed in the United States District Court for the Southern District of California on June 12, 2008. A copy of the said Notice of Removal is attached to this Notice as <u>Exhibit "A"</u> and is served and filed herewith.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to 28 U.S.C. Section 1446(d), the filing of the Notice of Removal in federal court, together with the filing of this Notice, effects a complete removal of this action to federal court.

Dated: June 12, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
JASON A. WEISS
Attorneys for Defendant
SAPIENT CORPORATION

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA ) ss.:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On June 12, 2008, I served on interested parties in said action the within:

**NOTICE TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

by placing a true copy thereof in sealed envelope(s) addressed as stated below.

Brian C. Gonzalez, Esq.
Law Offices of Brian C. Gonzalez
2533 S. Coast Highway 101, Suite 250
Cardiff by the Sea, California 92007

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2008, at Irvine, California.

Stephanie S. Pattis
(Type or print name)                     (Signature)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

847724.01/OC

NOTICE TO SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT