# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RICHARD MIGLIOZZI,<br><br>                       Plaintiff,<br>vs.<br><br>SAPIENT CORPORATION,<br><br>                      Defendant. | CASE NO. 08cv1045-IEG(CAB)<br><br>Order Denying Motion to Dismiss and Motion to Transfer Venue as Moot [Doc. Nos. 4 and 6] |
|---|---|

Upon notice from counsel for Defendant that a settlement has been reached in this case, the Court DENIES AS MOOT Defendant's motion to dismiss and motion to transfer venue.

**IT IS SO ORDERED**.

DATED: September 8, 2008

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**