1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MIGLIOZZI,<br><br>                                   Plaintiff,<br><br>       v.<br><br>SAPIENT CORPORATION; and DOES 1 through 50, inclusive,<br><br>                                   Defendants. | Civil No.   08cv1045 IEG (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for all parties contacted the chambers of the Honorable Irma E. Gonzalez in late July 2008, and represented the case had settled. However, the parties have not yet filed a Joint Motion for Dismissal. Accordingly, IT IS HEREBY ORDERED:

    1.    A Joint Motion for Dismissal shall be electronically filed on or before **September 25, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Irma E. Gonzalez, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

    2.    If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before September 25, 2008, then a Settlement Disposition Conference shall be

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

held on **September 26, 2008**, at **1:30 p.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

3.   If a Joint Motion for Dismissal and proposed order for dismissal are received on or before September 25, 2008, the Settlement Disposition Conference shall be vacated.

**IT IS SO ORDERED**.

DATED: September 8, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge