BRIAN C. GONZALEZ (BAR NO. 140348)
LAW OFFICES OF BRIAN C. GONZALEZ
2533 S. Coast Highway 101, Suite 250
Cardiff by the Sea, California 92007
Phone: (760) 436-9529
Fax: (760) 436-4895

Attorneys for Plaintiff
RICHARD MIGLIOZZI

JASON A. WEISS (BAR NO. 185268)
CHARLENE J. WILSON (BAR NO. 222497)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: jweiss@allenmatkins.com
        cwilson@allenmatkins.com

Attorneys for Defendant
SAPIENT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MIGLIOZZI, | Case No. 08 CV 1045 IEG CAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SAPIENT CORPORATION; and DOES 1 through 50, inclusive, | Complaint Filed: April 21, 2008<br>Trial Date: None Set |
| Defendants. | |

///
///
///
///
///
///

701797.01/SD

1  IT IS HEREBY STIPULATED and agreed by Plaintiff Richard Migliozzi and
2 Defendant Sapient Corporation, through their undersigned counsel of record, that
3 this action shall be dismissed in its entirety, with prejudice, with each party to bear
4 its or his own attorneys' fees and costs.

6 Dated: September 9, 2008                LAW OFFICES OF BRIAN C.
                                          GONZALEZ

8                                         By: _____
                                              BRIAN C. GONZALEZ
9                                             Attorneys for Plaintiff
                                              RICHARD MIGLIOZZI

12 Dated: September 9, 2008               ALLEN MATKINS LECK GAMBLE
                                          MALLORY & NATSIS LLP

14                                        By: _____
15                                            JASON A. WEISS
                                              CHARLENE J. WILSON
16                                            Attorneys for Defendant
                                              SAPIENT CORPORATION